THE LAW OFFICES OF JOHN L. BURRIS
JOHN L. BURRIS, ESQ. SBN 69888
DEWITT M. LACY, ESQ. SBN 258789
7677 Oakport Street, Suite 1120
Oakland, CA 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
john.burris@johnburrislaw.com
dewitt@johnburrislaw.com

Attorneys for Plaintiff

JOHN C. BEIERS, COUNTY COUNSEL (SBN 144282)
By: DAVID A. LEVY, Deputy (SBN 77181)
By: CEIDE ZAPPARONI, Deputy (SBN 200708)
Hall of Justice and Records
400 County Center, 6th Floor
Redwood City, CA  94063
Telephone: (650) 363-4756
Facsimile:  (650) 363-4034
dlevy@smcgov.org
czapparoni@smcgov.org

Attorneys for Defendants
COUNTY OF SAN MATEO, COUNTY
OF SAN MATEO SHERIFF'S OFFICE,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODELL MOORE, an individual,<br><br>        Plaintiff,<br><br>    vs.<br><br>COUNTY OF ALAMEDA, a municipal corporation; COUNTY OF SAN MATEO, a municipal corporation; DOES 1-25, inclusive; individually and in their capacities as law enforcement officers and/or personnel for COUNTY OF ALAMEDA Sheriff's Department; DOES 26-50, inclusive, individually and in their capacities as law enforcement officers for the COUNTY OF SAN MATEO SHERIFF'S DEPARTMENT,<br><br>        Defendants. | Case No. C13-cv-0389 JSC<br><br>STIPULATION TO DISMISS ACTION AGAINST DEFENDANTS COUNTY OF SAN MATEO and COUNTY OF SAN MATEO SHERIFF'S DEPARTMENT<br><br>[F.R.C.P. 41(a)] |

Case No. C13-cv-0389 JSC

STIPULATION TO DISMISS ACTION AGAINST DEFENDANTS COUNTY OF SAN MATEO AND SAN MATEO SHERIFF'S DEPARTMENT [F.R.C.P. 41(A)]

Pursuant to Federal Rule of Civil Procedure 41(a) it is hereby stipulated and agreed by and between the parties that Plaintiff RODELL MOORE will dismiss Defendants COUNTY OF SAN MATEO and COUNTY OF SAN MATEO SHERIFF'S DEPARTMENT from this action, and that plaintiff and these defendants mutually waive their rights to recover costs of suit and attorneys' fees.

Dated: March 4, 2013

/s/
John L. Burris/ Dewitt M. Lacy
Attorneys for Plaintiff
RODELL MOORE

Dated: March 4, 2013

/s/
David A. Levy/ Ceide Zapparoni
Attorneys for Defendants
COUNTY OF SAN MATEO, COUNTY OF
SAN MATEO SHERIFF'S DEPARTMENT

Dated: 4/10/13



IT IS SO ORDERED
Judge Joseph C. Spero

Case No. C13-cv-0389 JSC                    2

STIPULATION TO DISMISS ACTION AGAINST DEFENDANTS COUNTY OF SAN MATEO AND SAN MATEO SHERIFF'S DEPARTMENT [F.R.C.P. 41(A)]