THE LAW OFFICES OF JOHN L. BURRIS
JOHN L. BURRIS, ESQ. SBN 69888
DEWITT M. LACY, ESQ. SBN 258789
7677 Oakport Street, Suite 1120
Oakland, CA 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
john.burris@johnburrislaw.com
dewitt@johnburrislaw.com

Attorneys for Plaintiff

JOHN C. BEIERS, COUNTY COUNSEL (SBN 144282)
By: DAVID A. LEVY, Deputy (SBN 77181)
By: CEIDE ZAPPARONI, Deputy (SBN 200708)
Hall of Justice and Records
400 County Center, 6th Floor
Redwood City, CA 94063
Telephone: (650) 363-4756
Facsimile: (650) 363-4034
dlevy@smcgov.org
czapparoni@smcgov.org

Attorneys for Defendants
COUNTY OF SAN MATEO, COUNTY
OF SAN MATEO SHERIFF'S OFFICE,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODELL MOORE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF ALAMEDA, a municipal corporation; COUNTY OF SAN MATEO, a municipal corporation; DOES 1-25, inclusive; individually and in their capacities as law enforcement officers and/or personnel for COUNTY OF ALAMEDA Sheriff's Department; DOES 26-50, inclusive, individually and in their capacities as law enforcement officers for the COUNTY OF SAN MATEO SHERIFF'S DEPARTMENT,<br><br>Defendants. | Case No. C13-cv-0389 JSC<br><br>STIPULATION TO DISMISS ACTION AGAINST DEFENDANTS COUNTY OF SAN MATEO and COUNTY OF SAN MATEO SHERIFF'S DEPARTMENT<br><br>[F.R.C.P. 41(a)] |

1   Pursuant to Federal Rule of Civil Procedure 41(a) it is hereby stipulated and agreed by and
2   between the parties that Plaintiff RODELL MOORE will dismiss Defendants COUNTY OF SAN
3   MATEO and COUNTY OF SAN MATEO SHERIFF'S DEPARTMENT from this action, and that
4   plaintiff and these defendants mutually waive their rights to recover costs of suit and attorneys' fees.

Dated: March 4, 2013

/s/
John L. Burris/ Dewitt M. Lacy
Attorneys for Plaintiff
RODELL MOORE

Dated: March 4, 2013

/s/
David A. Levy/ Ceide Zapparoni
Attorneys for Defendants
COUNTY OF SAN MATEO, COUNTY OF
SAN MATEO SHERIFF'S DEPARTMENT

Dated: 4/10/13

IT IS SO ORDERED
Judge Joseph C. Spero

Case No. C13-cv-0389 JSC                 2
STIPULATION TO DISMISS ACTION AGAINST DEFENDANTS COUNTY OF SAN MATEO AND SAN
MATEO SHERIFF'S DEPARTMENT [F.R.C.P. 41(A)]